IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAMONDS M. CARTHORNE**                                                    **PLAINTIFF**

v.                                 No. 4:15-cv-380-DPM

**SHONDRA FOSTER, Manager Rockport
Apartments, and SOCIAL SECURITY
ADMINISTRATION, Government Officials**               **DEFENDANT**

ORDER

1. Carthorne's motion to proceed *in forma pauperis*, № 1, is granted. Considering income, expenses, responsibilities, and debts, Carthorne cannot afford to pay the filing fee.

2. The Court must screen Carthorne's complaint before ordering service. 28 U.S.C. § 1915(e)(2). Carthorne hasn't pleaded sufficient *specific* facts to show any entitlement to relief. FED. R. CIV. P. 8(a). And, except in limited circumstances not pleaded here, the Social Security Administration is immune from suit for damages. *Dugan v. Rank*, 372 U.S. 609, 620–21 (1963); 28 U.S.C. § 1915(e)(2)(B)(iii). If Carthorne wants this case to go forward, he must file an amended complaint that gives more details about his claims against Foster. Carthorne must also state the grounds for this Court's personal jurisdiction

over a Texas defendant. FED. R. CIV. P. 8(a)(2). Amended complaint due by 10 July 2015.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2015