# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**LAMONDS M. CARTHORNE**                                     **PLAINTIFF**

v.                                    **No. 4:15-cv-380-DPM**

**SHONDRA FOSTER, Manager Rockport
Apartments, and SOCIAL SECURITY
ADMINISTRATION, Government Officials**          **DEFENDANTS**

## JUDGMENT

This case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_13 July 2015_